# United States District Court
## For The Western District of North Carolina
## Asheville Division

Jonathan Wayne Funderburke,

       Plaintiff(s),

vs.

Joseph B. Hall ,

       Defendant(s).

JUDGMENT IN A CIVIL CASE

1:10-cv-00149

DECISION BY COURT.  This action having come before the Court by PETITION for Writ of Habeas Corpus and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 8/11/2010, Order.

Signed: August 11, 2010

Frank G. Johns, Clerk
United States District Court